# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

MEGAN LITTLE, as Special Administrator )
of the Estate of EARL LITTLE, Deceased, )
                                        )       Case No.:  18-cv-01700-MJR
              Plaintiff,                )
                                        )
v.                                      )
                                        )
WARDEN SCOTT THOMPSON, Acting           )
Warden, Pinckneyville Correctional Center, )
                                        )       Jury Trial Demanded
              Defendant.                )

## <u>PLAINTIFF'S AGREED RESPONSE TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)</u>

NOW COMES the Plaintiff, Megan Little, as Special Administrator of the Estate of Earl

Little, Deceased, by and through her attorney, David S. Lipschultz, and in response to

Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(1), states as

follows:

On November 27, 2018, Defendant filed a Motion to Dismiss Pursuant to Federal Rule of

Civil Procedure 12(B)(1) (Doc. 13) seeking the dismissal of Counts II, III and IV of Plaintiff's

Complaint at Law.  Said counts set forth Illinois state law claims of wrongful death, the Illinois

Survival Statute, and Illinois Family Expense Act, respectively.

Plaintiff consents to the dismissal without prejudice of Counts II, III and IV.  On

December 13, 2018, Mr. Jeremy Tyrrell, counsel for Defendant, informed Plaintiff's undersigned

counsel that the Defendant agrees to the dismissal without prejudice of Counts II, II and IV.

Respectfully submitted,

MEGAN LITTLE, AS SPECIAL
ADMINISTRATOR OF THE ESTATE OF
EARL LITTLE, DECEASED

1

/s/   *David S. Lipschultz*

David S. Lipschultz

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I electronically filed this Motion for Expedited Discovery with the Clerk of the United States District Court for the Southern District of Illinois using the CM/ECF system, and I will email notification of this motion to:

> Mr. Jeremy Tyrrell
> Assistant Attorney General
> Office of the Illinois Attorney General
> 500 South Second Street
> Springfield, IL 62701
> JTyrrell@atg.state.il.us

David S. Lipschultz
Atty. No. 6277910
Law Offices of David S. Lipschultz
200 S. Michigan Avenue, Suite 201
Chicago, Illinois  60604
Telephone: 312-414-1778
David@dsllawoffice.com

2